**726-15**

CCA #   13-13-00283-CR

OFFENSE: Miscellaneous/Other Criminal including Misdemeanor or Felony

STYLE: MARK ANTHONY MONCADA ESTRADA v. THE STATE OF TEXAS

COUNTY: Hidalgo

TRIAL COURT:   139th District Court
TRIAL COURT #:   CR-712-08-C
TRIAL COURT JUDGE:   Hon. J. R. 'Bobby' Flores
DISPOSITION: Affirmed
DATE:   April 23, 2015
JUSTICE: Gregory T. Perkes   PC ___ S ___
PUBLISH: _____   DNP: x

MOTION FOR REHEARING IS: Denied 05/27/15
DATE:
JUDGE: Gregory T. Perkes

CLK RECORD: 1
RPT RECORD: 0
STATE BR: 1
APP BR: 1

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE Response BR 1 _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # **726-15**

-------------------

**PRO SE** Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: 11/04/2015

JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____   PC: _____
PUBLISH: _____   DNP: _____

-------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____